JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
E-mail: jthompson@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
*Attorney for Defendant*
*Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DONNA MADISON, | Case No. 2:21-cv-01008-JCM-BNW |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| EQUIFAX INFORMATION SERVICES LLC and FINGERHUT RECEIVABLES, INC., | |
| Defendants. | **SECOND REQUEST** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from July 19, 2021 through and including **August 18, 2021**. The request was made by Equifax so that the parties may engage in settlement discussion, and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 16th day of July, 2021.

| | |
|---|---|
| CLARK HILL PLLC | <u>**No opposition**</u> |
| By: /s/Jeremy J. Thompson | /s/Michael Kind |
| Jeremy J. Thompson | Michael Kind, Esq. |
| Nevada Bar No. 12503 | Nevada Bar No. 13903 |
| 3800 Howard Hughes Pkwy, Suite 500 | KIND LAW |
| Las Vegas, NV 89169 | 8860 South Maryland Parkway, Suite 106 |
| Tel: (702) 862-8300 | Las Vegas, NV 89123 |
| Fax: (702) 862-8400 | Phone: (702) 337-2322 |
| Email: jthompson@clarkhill.com | Fax: (702) 329-5881 |
| | Email: mk@kindlaw.com |

*Attorney for Defendant Equifax Information Services LLC*

George Haines, Esq.
Nevada Bar No. 9411
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: 7-19-2021

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 16th day of July, 2021, via CM/ECF, upon all counsel of record:

By:  /s/ Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com