George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Counsel for Plaintiff Donna Madison*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Donna Madison,<br><br>              Plaintiff(s),<br>   v.<br><br>Equifax Information Services LLC,<br><br>              Defendant(s). | Case No.: 2:21-cv-01008-JCM-BNW<br><br>**Notice of settlement between Plaintiff and Equifax Information Services LLC** |

The dispute between Donna Madison ("Plaintiff") and Equifax Information Services LLC ("Defendant") has been resolved. Plaintiff anticipates filing dismissal documents as to Plaintiff's claims against Defendant within 60 days.

Dated: September 29, 2021.

                                                                                                                                                                                                                       **FREEDOM LAW FIRM**

**Order**

IT IS ORDERED that a stipulation to dismiss is due by 11/30/2021.

**IT IS SO ORDERED**
**DATED:** 2:31 pm, September 30, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

                                                 /s/ Gerardo Avalos
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Attorney for Plaintiff Donna Madison*

NOTICE                                      - 1 -